■ CIRCLE CATERING, INC., Appellant, v. SALVATORE SASO, as Administrator of the Estate of JOSEPH SASO, Deceased, Respondent.— In an action for specific performance of a contract of sale of real property, plaintiff appeals (1) from an order of the Supreme Court, Westchester County, dated December 2, 1971, which granted defendant's motion *inter alia* to dismiss the complaint for failure to state a cause of action, and, (2) as limited by its brief, from so much of a further order of the same court, dated April 19, 1972, as, upon reargument and reconsideration, adhered to the original decision. Order of April 19, 1972 affirmed insofar as appealed from. No opinion. Appeal from the order dated December 2, 1971, dismissed as academic. That order was superseded by the order dated April 19, 1972. Respondent is awarded one bill of $10 costs and disbursements to cover both appeals. Hopkins, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

■ SANFORD L. DAVIDOW et al., Appellants, v. INCORPORATED VILLAGE OF PATCHOGUE, Respondent.— Appeal by plaintiffs from so much of an order of the Supreme Court, Suffolk County, dated February 22, 1971, as, on renewal and rehearing, adhered to the original decision granting defendant's motion to dismiss the complaint. Order affirmed insofar as appealed from. No opinion. Appeal from an order of the same court, dated January 26, 1971, dismissed as academic. That order was superseded by the order dated February 22, 1971. Respondent is awarded one bill of $10 costs and disbursements, to cover both appeals. Martuscello, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

■ ELIZABETH DOLTOLO, Appellant, v. JOSEPH J. DOLTOLO, Respondent.— In an action for divorce, the plaintiff wife appeals from so much of a judgment of the Supreme Court, Westchester County, dated April 10, 1972, as directed defendant to pay her $350 as additional counsel fees. Judgment modified, on the facts, by increasing the award of additional counsel fees to $1,000. As so modified, judgment affirmed insofar as appealed from, with costs to appellant. In our opinion, the amount awarded was inadequate to the extent indicated herein. Hopkins, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.